UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
*ex rel*., KEVIN KONDRAT and
JESSICA JONES,

    Plaintiffs-Relators,

-vs-

SIEMENS CORPORATION, a foreign corporation; SIEMENS INDUSTRY, INC.; a foreign corporation; and SIEMENS BUILDING TECHNOLOGIES, INC., a foreign corporation, jointly and severally,

    Defendants.

Civil Action No. 21-cv-10594
Hon. Matthew F. Leitman

**FILED IN CAMERA
AND UNDER SEAL**

_____/

## ORDER PARTIALLY LIFTING SEAL

The United States having intervened in part in this action for settlement purposes and having declined to intervene in part of this action pursuant to the False Claims Act 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS HEREBY ORDERED THAT:

    1.    the seal be lifted as to the Relators' Complaint (ECF No. 1);

    2.    all other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendants, except for this Order and the United States' Notice of Election to Intervene in Part and Decline in Part for Settlement Purposes (ECF #24);

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the Relators shall serve their Complaint upon Defendants within 60 days after the date of this Order;

5. the United States shall have 60 days within which to seek the dismissal of its claims in this case or to file a complaint in intervention as to the intervened claims;

6. as to the part of the action in which the United States has declined to intervene, the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States. The United States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

7. the parties shall serve all notices of appeal upon the United States;

8. all orders of this Court shall be sent to the United States; and

9. should the Relators or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide notice to the United States, and the Court will solicit written consent of the United States before ruling or granting its approval.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 1, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 1, 2024, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126